# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Revocation of Probation or Supervised Release) |
| JERRY LYNN DAVIS | Case Number:8:99-CR-161-T-24TGW<br>USM Number:06459-018 |
| | Dionja Dyer, AFPD<br>Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge numbers _One, Two, Three and Four_ of the term of supervision.

| **Violation Charge Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | Failure to notify ten(10) days prior to any change in residence or employment in violation of Condition Six of the standard Conditions of Supervision | May 23, 2008 |
| 2 | Failure to submit to urinalysis in violation of the Special Conditions of supervision. | May 10, 2008 |
| 3 | Failure to submit to urinalysis in violation of the Special Conditions of supervision. | May 13, 2008 |
| 4 | Failure to submit to urinalysis in violation of the Special Conditions of supervision. | May 20, 2008 |

The Defendant is found to be in violation of his supervised release, and the Supervised Release is revoked. The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

August 21, 2008
Date of Imposition of Judgment

SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

August 22, 2008
Date

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

Judgment - Page __2__ of __4__

DEFENDANT: JERRY LYNN DAVIS
CASE NUMBER: 8:99-CR-161-T-24TGW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: *THIRTEEN MONTHS, NO TERM OF SUPERVISION TO FOLLOW.*

_____ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

  ___ at _____ a.m.   p.m.   on _____.

  ___ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ___ before 2 p.m. on _____.

  ___ as notified by the United States Marshal.

  ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D   (Rev. 01/07) Judgment in a Criminal Case for Revocation
    Sheet3 - Criminal Monetary Penalties

Judgment - Page __3__ of __4__

DEFENDANT: JERRY LYNN DAVIS
CASE NUMBER: 8:99-CR-161-T-24TGW

## CRIMINAL MONETARY PENALTIES

    The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth on sheet4.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS:** | $0 | $0 | $10,114.00 |

____     The determination of restitution is deferred until _____. An Amended Judgment in a Criminal Case (AO 245C) will be entered after such determination.

__X__     The defendant shall make restitution to the following payees in the amount listed below.

    If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. §3664(i), all non-federal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| First Union Bank<br>1500 South Dale Mabry Highway<br>Tampa, FL. | $10,114.00 | $10,114.00 | |
| **TOTALS:** | **$ 10,114.00** | **$ 10,114. 00** | |

____     Restitution amount ordered pursuant to plea agreement $_____

____     The defendant must pay interest on restitution or a fine more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

____     The Court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ___ the interest requirement is waived for the ____ fine ____ restitution.

    ___ the interest requirement for the ____ fine ____ restitution is modified as follows:

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after
September 13, 1994, but before April 23, 1996.

Judgment - Page __4__ of __4__

DEFENDANT: JERRY LYNN DAVIS
CASE NUMBER: 8:99-CR-161-T-24TGW:

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A. __ Lump sum payment of $ _ due immediately, balance due

    __ not later than _____, or

    __ in accordance __ C, __ D, __ E or __ F below; or

B. __X__ Payment to begin immediately.

C. __ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ days (e.g., 30 or 60 days) after the date of this judgment; or

D. __ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____, (e.g., months or years) to commence _____ (e.g. 30 or 60 days) after release from imprisonment to a term of supervision; or

E. __ Payment during the term of supervised release will commence within _____ _ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time, or

F. __ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

_ Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate:

_ The defendant shall pay the cost of prosecution.

_ The defendant shall pay the following court cost(s):

_ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.